**SEVENTH COURT OF APPEALS**
**SITTING AT TEXAS TECH UNIVERSITY SCHOOL OF LAW**
**SET FOR SUBMISSION ON ORAL ARGUMENT MONDAY, FEBRUARY 2, 2015**
**AT 1:30 P.M.**

(Before Chief Justice Brian Quinn, Justice James T. Campbell, Justice Mackey K. Hancock)

| | | |
|---|---|---|
| **07-14-00158-CV** | In the Matter of the Marriage of Brandy Bailey and Johnny Bailey | Lubbock County |
| | THE FOUTS LAW FIRM<br> Aubrey J. Fouts – Appellant | O/A Requested |
| | FIELD, MANNING, STONE, HAWTHORNE AND AYCOCK, P.C.<br> Anna McKim – Appellee | O/A Requested |
| **07-14-00275-CV** | Mohammad Ranjbar v. Citibank, N.A. | Bexar County |
| | Martin W. Seidler – Appellant | O/A Requested |
| | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br> (Lindsay B. Nickle, Tyler D. Levy)<br> – Appellee | O/A Requested |